No. 71–1577. REXRODE v. VIRGINIA. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 72–695. KELLEMS ET AL. v. BROWN, TAX COMMISSIONER, ET AL. Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question.

No. 72–179. WILKINSON v. WILKINSON. Appeal from Sup. Jud. Ct. Mass. Motion to dispense with printing jurisdictional statement and motion of appellee for leave to proceed in forma pauperis granted. Appeal dismissed for want of substantial federal question.

No. 72–622. CUTRONE v. KELLY, ADMINISTRATIVE JUDGE, ET AL. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 72–670. McLEAN TRUCKING Co. v. COUNTY OF FORSYTH ET AL. Appeal from Sup. Ct. N. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 72–640. OREGON STATE ELKS ASSN. ET AL. v. FALKENSTEIN ET AL. Appeal from D. C. Ore. dismissed for want of jurisdiction.

No. 72–5468. CARR v. TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.